UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS BOYD, an individual, | 2:09-CV-02456-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| WELLS FARGO BANK, N.A. doing business as AMERICA'S SERVICING COMPANY, NATIONAL DEFAULT SERVICING CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., | |
| Defendants. | |

On March 9, 2010, the Court entered an Order to Show Cause (Doc. #26) requiring Defendant Wells Fargo Bank and Plaintiff Thomas Boyd to show cause in writing by March 31, 2010, why Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Complaint, in the Alternative for Summary Judgment, and to Release the Lis Pendens (Doc. #19) should not be denied without prejudice pending resolution of the above referenced MDL proceedings.

On March 31, 2010, Plaintiff filed a Response to the Court's Order to Show Cause (Doc. #27). Defendant Wells Fargo failed to file a response to the Court's Order to Show Cause.

Having considered the foregoing and good cause appearing,

///

///

**IT IS ORDERED that** Defendant Wells Fargo Bank's Motion to Dismiss Plaintiff's Compliant, in the Alternative for Summary Judgment, and to Release the Lis Pendens (Doc. #19) filed February 3, 2010, is hereby **DENIED** without prejudice to renew the same following the resolution of the proceedings pending in the MDL proceedings in the District of Arizona.

DATED:  April 6, 2010.

_____
PHILIP M. PRO
United States District Judge