UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS BOYD, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO BANK, N.A. doing ) <br> business as AMERICA'S SERVICING ) <br> COMPANY, NATIONAL DEFAULT ) <br> SERVICING CORPORATION, ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS INC., ) <br> ) <br> Defendants. ) | 2:09-CV-02456-PMP-LRL <br><br> **ORDER** |

The Court having read and considered Plaintiff Thomas Boyd's Motion to Set Aside Trustee Sale Pursuant to NRS § 107.082 (Doc. #48), filed on November 22, 2010, and Defendant's Response in Opposition thereto (Doc. #51) filed December 9, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Thomas Boyd's Motion to Set Aside Trustee Sale Pursuant to NRS § 107.082 (Doc. #48) is **DENIED**.

DATED: December 28, 2010.

_____
PHILIP M. PRO
United States District Judge