UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS BOYD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. doing business as AMERICA'S SERVICING COMPANY, NATIONAL DEFAULT SERVICING CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.,<br><br>    Defendants. | 2:09-CV-02456-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Plaintiff Thomas Boyd's Motion to Set Aside Trustee Sale Pursuant to NRS § 107.082 (Doc. #48), filed on November 22, 2010, and Defendant's Response in Opposition thereto (Doc. #59) filed January 28, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Thomas Boyd's Motion to Set Aside Trustee Sale Pursuant to NRS § 107.082 (Doc. #48) is **DENIED**.

DATED: February 10, 2011.

PHILIP M. PRO
United States District Judge