UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS BOYD, an individual,  )<br>         Plaintiff,  )<br>                                )<br>vs.                             )<br>                                )<br>WELLS FARGO BANK, N.A. doing   )<br>business as AMERICA'S SERVICING )<br>COMPANY, NATIONAL DEFAULT      )<br>SERVICING CORPORATION,         )<br>MORTGAGE ELECTRONIC            )<br>REGISTRATION SYSTEMS INC.,     )<br>                                )<br>         Defendants.  )<br>_____)| 2:09-CV-02456-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendant Wells Fargo Bank's Motion for Patrial Motion for Summary Judgment (Doc. #65) filed March 31, 2011. On April 18, 2011, the Court approved a Stipulation for Extension of Time (Doc. #71) permitting Plaintiff to and including April 29, 2011, within which to file a response to Defendant's motion. To date, Plaintiff has failed to file a response and therefore, consents to the granting of Defendant's motion.

IT IS THEREFORE ORDERED that Defendant Wells Fargo Bank's Motion for Patrial Motion for Summary Judgment (Doc. #65) is GRANTED.

DATED: May 5, 2011.

_____
PHILIP M. PRO
United States District Judge