# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| THOMAS BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cv-02456-PMP-LRL |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Dated:___May 9, 2011_____ |

PRESENT:_____THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge_____

JUDICIAL ASSISTANT:__Carol DePino___ RECORDER:_____None_____

COUNSEL FOR PLAINTIFF(S): _____None Appearing_____

COUNSEL FOR DEFENDANT(S): _____None Appearing_____

     IT IS ORDERED that in view of the order (#75) entered by the Honorable Philip M. Pro, U.S. District Judge, on May 5, 2011 granting defendant's Motion for Partial Summary Judgment (#65), defendant's Motion to File Documents Under Seal (#74) is denied as moot.

_____

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**